UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20108- CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

JOHNSON THELISMA,
        Defendant(s).
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** has come before the Court upon the Defendant's Renewed Unopposed Motion To Continue Trial. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motions are **GRANTED**. Due to the representations of counsel, defendant's need to review additional discovery, and counsels's need for additional time to prepare, trial is hereby continued. This cause is hereby set for the two week trial period commencing August 4, 2008. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**FURTHER ORDERED AND ADJUDGED** that, the time between April 25, 2008 and August 4, 2008 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 27 day of April, 2008.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

cc:    Attorneys of Record